IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 07-cr-00057-CMA-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL R. VALDEZ,

    Defendant.

---

## ORDER CONTINUING SUPERVISION AND
## MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

---

This matter was before the Court for sentencing following the supervised release violation hearing held on January 7, 2011. On January 7, 2011, Defendant admitted guilt to violations 1 through 6, as alleged in the probation officer's petition. On that date, the Court found that the Defendant had violated his conditions of supervised release and ordered sentencing in the matter be continued.

The Court, having heard statements by defendant, defense counsel, counsel for the government, and the probation officer, hereby

ORDERS that Defendant be continued on supervised release and that the conditions of supervised release be modified to include placement in a residential

re-entry center for a period of up to six (6) months.  All previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this   15th   day of March, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge